UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIANE COOK and <br> MICHAEL COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BELLA VILLA and <br> CHIEF OF POLICE EDWARD LOCKE, JR., <br><br> Defendants. | Case No. 4:06-CV-01531-SNL |

## ORDER

**I**n accordance with the Memorandum filed herein this date,

**IT IS HEREBY ORDERED** that Defendants' Motion (Doc. #22) is **HEREBY GRANTED IN PART**. The testimony of Plaintiffs' expert, Mark Thomas McCloskey, is stricken in its entirety. The testimony of Plaintiffs' expert, Lieutenant Anthony Russo, is admissible insofar as it relates to his profession and experience as a law enforcement officer, subject to the exceptions outlined in the accompanying Memorandum.

**IT IS FINALLY ORDERED** that this cause remains on the Court's docket of April 21, 2008.

**D**ated this 14th day of December, 2007.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**